# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.  25-mj-00043-NRN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

LUCY GRACE NELSON,
      a/k/a Justin Thomas Nelson,

      Defendant.
_____

## MOTION TO WITHDRAW
_____

      The United States of America, by J. Bishop Grewell, Acting United States Attorney for the District of Colorado, and through Albert Buchman, Assistant United States Attorney, hereby files its Motion to Withdraw AUSA Buchman as counsel of record and requests termination of electronic service in the above-captioned case.  As grounds for this motion, the government states that AUSA Cassandra J. Wiemken is lead counsel representing the government in this matter.

      Respectfully submitted February 28, 2025.

      J. BISHOP GREWELL
      Acting United States Attorney

      By: *s/ Albert Buchman*
      ALBERT BUCHMAN
      Assistant United States Attorney
      United States Attorney's Office
      1801 California St. Suite 1600
      Denver, Colorado 80202
      Telephone: (303) 454-0100
      FAX: (303) 454-0405
      E-mail: Albert.Buchman@usdoj.gov
      Attorney for the United States

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2025, I electronically filed the foregoing MOTION TO WITHDRAW with the Clerk of the Court using the CM/ECF system, which will send an email notification of such filing to all counsel of record.

                                  *s/ Stephanie Graham*
                                  STEPHANIE GRAHAM
                                  Legal Assistant
                                  United States Attorney's Office
                                  1801 California St. Suite 1600
                                  Denver, Colorado 80202
                                  Telephone: (303) 454-0100